```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 23242
    LARRY W KOWALSKI
    SUE ANN KOWALSKI                            CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
    SSN XXX-XX-8517    SSN XXX-XX-7072

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/11/07 and confirmed on 02/25/08.

    2.  The case was converted to Chapter 7 after confirmation, 01/06/2009.

    3.  The Debtor paid a total of $  15440.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AURORA LOAN SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| BAXTER CREDIT UNION | SECURED VEHIC | 12486.59 | 852.71 | 2504.89 |
| BECKET & LEE LLP | UNSECURED | 1962.57 | .00 | 85.21 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 16573.27 | .00 | 819.53 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 28855.41 | .00 | 1426.85 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 18866.28 | .00 | 932.91 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3780.08 | .00 | 186.92 |
| ECAST SETTLEMENT CORP | UNSECURED | 1086.02 | .00 | 53.71 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8731.04 | .00 | 431.74 |
| CHASE BANK USA | UNSECURED | 9905.39 | .00 | 489.81 |
| CHASE BANK USA | UNSECURED | 24862.97 | .00 | 1229.44 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2764.48 | .00 | 136.71 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 23731.71 | .00 | 1173.49 |
| DISCOVER BANK | UNSECURED | 10712.34 | .00 | 529.71 |
| DISCOVER BANK | UNSECURED | 4741.42 | .00 | 234.46 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 34058.90 | .00 | 1684.17 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 358.43 | .00 | 15.56 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4455.73 | .00 | 220.32 |
| THRIVENT FINANCIAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| AURORA LOAN SERVICES | SECURED | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| B REAL LLC | UNSECURED | 1460.20 | .00 | 63.39 |

       Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 12486.59 | .00 | 196906.24 | .00 | 209392.83 |
| PRINCIPAL PAID | 2504.89 | .00 | 9713.93 | .00 | 12218.82 |

```
INTEREST PAID            852.71         .00         .00         .00       852.71
TOTAL PAID              3357.60         .00     9713.93         .00     13071.53
```

The Debtor's attorney, COSTELLO & COSTELLO          , was allowed $   3500.00 and was paid $   2000.00   direct and $   1500.00   through the plan.

The Trustee received $      868.47 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE